IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PETER ALFECHE and KIM SAUNDERS**, *on behalf of themselves and all others similarly situated*, Plaintiffs, v. **CASH AMERICA INTERNATIONAL, INC., CASH AMERICA NET OF NEVADA, LLC, CASH AMERICA NET OF PENNSYLVANIA, LLC, and CASH AMERICA OF PA, LLC,** *d/b/a* CashNetUSA.com, Defendants. | : : : : : : : : : : : : : : | **CIVIL ACTION** No. 09-0953 |

# O R D E R

AND NOW, this 12th day of August, 2011, upon consideration of defendants' motion to compel individual arbitration and stay litigation of claims in plaintiffs' amended complaint (paper no. 29), plaintiffs' response (paper no. 39), defendants' request that the court take judicial notice of court filings (paper no. 41), and all notices of subsequent authority submitted by both parties, and for the reasons stated in the attached memorandum, it is **ORDERED** that:

1. Defendants' motion to compel individual arbitration and stay litigation of claims in plaintiffs' amended complaint (paper no. 29) is **GRANTED**.

2. Plaintiff Peter Alfeche shall submit his claims to arbitration in accordance with the parties' arbitration agreement.

3. Plaintiff Kim Saunders shall submit her claims to arbitration in accordance with the parties' arbitration agreement.

4. Plaintiffs' request for additional briefing (paper no. 59) is **DENIED**.

5. The Clerk of Court is directed to mark this action **CLOSED** for statistical purposes and place this action in **SUSPENSE** pending completion of the arbitration proceedings. Counsel shall notify the court when arbitration proceedings have completed.

/s/ Norma L. Shapiro
_____
J.