IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PETER ALFECHE and<br>KIM SAUNDERS, *on behalf of themselves*<br>*and all others similarly situated*<br>   Plaintiffs,<br><br>   V.<br><br>CASH AMERICA INTERNATIONAL, INC.;<br>CASH AMERICA NET OF NEVADA, LLC;<br>CASH AMERICA NET OF PENNSYLVANIA,<br>LLC; CASH AMERICA OF PA, LLC d/b/a<br>CashNetUSA.com<br>   Defendants. | :<br><br><br>:<br><br><br>:<br>:<br><br><br><br><br><br>: | CIVIL ACTION<br>NO. 09-953 |

**ORDER**

AND NOW, this 13th day of February, 2013, upon notification that the issues between Plaintiffs and Defendants have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is hereby ORDERED and DECREED that the claims against said Defendants are DISMISSED with prejudice, pursuant to agreement of counsel and without costs.

BY THE COURT:


   /s/  C. Darnell Jones, II    J.